Balam O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balam O. Letona, Inc.
1509 Seabright Avenue, Ste. C1
Santa Cruz, CA 95062
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
balam@letonalaw.com

Attorney for Plaintiff:
Guadalupe Beatriz Garibay-Poston

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE BEATRIZ GARIBAY-POSTON,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK N.A., and DOES 1-10.<br><br>Defendants. | **Case No. 17-cv-03787 LHK**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL WITH<br>PREJUDICE AS TO DEFENDANT<br>U.S. BANK N.A.** |

Plaintiff GUADALUPE BEATRIZ GARIBAY-POSTON, by counsel, and Defendant U.S. BANK, N.A., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against U.S. BANK, N.A., should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**SO STIPULATED**


Dated: May 1, 2018

　　　　　　　　　　　　　　　　　　　*/s/ Balam O. Letona*
　　　　　　　　　　　　　　　　　　　Balam Letona
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

//

1

Dated: May 1, 2018

/s/ *Lucas Tomsich*
Lucas Tomsich
Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that U.S. BANK, N.A., is dismissed with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees. The Clerk shall close the file.

DATED: May 2, 2018

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge

2